## McManus *v.* Pennsylvania Electric Company, Appellant.

Argued April 23, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*Frank B. Quinn,* with him *Quinn, Leemhuis, Plate & Dwyer,* for appellant.

*James A. Quisenberry,* for appellees.

OPINION PER CURIAM, May 27, 1957:

The judgment of the court below is affirmed on the opinion of Judge ROBERTS, 8 D. & C. 2d 303.